UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAU GERALD WILSON,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Defendant. | No. 2:19-cv-0213-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff alleges mail interference claims that arise out of events that occurred in San Rafael and at San Quentin State Prison, both located in the County of Marin. Plaintiff also alleges an attorney-client privilege claim, which arises arose out of events that occurred in San Francisco and/or San Quentin State Prison.[1]

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

---

[1] These more specific allegations undermine plaintiff's representation that the violations at issue in the complaint occurred in "Sacramento City." *See* ECF No. 1 at 1.

1

this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, the claims arose in Marin and/or San Francisco Counties. Because both counties lie within the venue of the Northern District of California, venue properly lies in that district. For the convenience of the parties and witnesses and in the interests of justice, this case will be transferred to the Northern District of California. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern District of California. *See* 28 U.S.C. § 1404(a).

Dated: February 13, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE